ELEM v. SAN MATEO LAND CO. (Circuit Court of Appeals, Eighth Circuit. September 13, 1922.) No. 6090. In Error to the District Court of the United States for the District of New Mexico,. S. B. Amidon, S. A. Buckland, H. W. Hart, and Glenn Porter, all of Wichita, Kan., for plaintiff in error. A. B. McMillen, of Albuquerque, N. M., and E. R. Wright, of Santa Fé, N. M., for defendant in error.

PER CURIAM. Motion to strike bill of exceptions sustained, and writ of error dismissed, with costs, on motion of defendant in error.

ERGENBRIGHT v. PLATT et al. (Circuit Court of Appeals, Eighth Circuit. May 1, 1922.) No. 6000. In Error to the District Court of the United States for the Western District of Missouri. James M. Johnson, Henri L. Warren, and Donald W. Johnson, all of Kansas City, Mo., for plaintiff in error. Milton J. Oldham, Amos Townsend, and James A. Kemper, all of Kansas City, Mo., for defendants in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.

FITZHUGH et al. v. REED. (Circuit Court of Appeals, Eighth Circuit. May 1, 1922.) No. 5433. Appeal from the District Court of the United States for the Eastern District of Arkansas. Charles S. Wheeler, of San Francisco, Cal., and J. M. Moore, of Little Rock, Ark., for appellants. Peter H. Holmes, Tyson Dines, Jr., Harold D. Roberts, and Tyson S. Dines, all of Denver, Colo., and William H. Martin, of Hot Springs, Ark., for appellee.

PER CURIAM. Appeal dismissed at costs of appellants, per stipulation of parties. See, also, 252 Fed. 234.

FRANK A. HUBBELL CO. v. MUTUAL INVESTMENT & AGENCY CO. (Circuit Court of Appeals, Eighth Circuit. September 11, 1922.) No. 6177. Appeal from the District Court of the United States for the District of New Mexico. R. P. Barnes, of Albuquerque, N. M., for appellant. J. O. Seth, of Santa Fé, N. M., for appellee.

PER CURIAM. Appeal docketed and dismissed, under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of appellee.

FREDERICK ENGINEERING CO. et al. v. AMERICAN ENGINEERING CO. (Circuit Court of Appeals, Fourth Circuit. March 22, 1922.) No. 1950. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. Green & McCallister, of Pittsburgh, Pa., for appellants. Edwin F. Samuels, of Baltimore, Md., and J. L. Stackpole, of Boston, Mass., for appellee.

PER CURIAM. Appeal dismissed, on motion of appellee and consent of appellants. For opinion below, see 274 Fed. 861.

GALBO v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. October 12, 1922.) No. 3807. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Henry A. Behrendt, of Detroit, Mich., for plaintiff in error. Earl J. Davis, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.